## I. M. AMUSEMENT CORP. *v.* OHIO.

No. 260. Decided January 15, 1968.

*Allen Brown* for appellant.

*Melvin G. Rueger* and *Calvin W. Prem* for appellee.

PER CURIAM.

The judgment of the Supreme Court of Ohio is reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE concurs on the ground that evidence of contemporary community standards was excluded at trial.

MR. JUSTICE HARLAN would affirm for the reasons set forth in his separate opinion in *Roth* v. *United States,* 354 U. S. 476, 496, 500–503, and in his dissenting opinion in *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455.

## BAXTER ET AL. *v.* CITY OF PHILADELPHIA ET AL.

No. 858. Decided January 15, 1968.

*Jacob J. Kilimnik* for appellants.

*Frank J. Pfizenmayer* and *Levy Anderson* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.